HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
COLE J. GARDNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLE J. GARDNER,<br><br>Defendant. | Case Nos. 5:22-po-00089-SAB and<br>5:22-po-00090-SAB<br><br>STIPULATION TO DISMISS CASE NO. 5:22-PO-00090-SAB AND TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE FOR CASE NO. 5:22-PO-00089-SAB; ORDER |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Lieutenant Jason Baskett, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Cole J. Gardner, that Case No. 5:22-po-00090-SAB shall be dismissed pursuant to Federal Rule of Criminal Procedure 48(a) and that Case No. 5:22-po-00089-SAB shall be resolved by payment of a fixed-sum in lieu of Mr. Gardner's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

The government moves to dismiss Case No. 5:22-po-00090-SAB—charging Mr. Gardner with a violation of 18 U.S.C. § 13 (incorporating California Vehicle Code 14601.2(a), driving with a suspended license)—without prejudice, in the interest of justice, pursuant to Federal Rule of Criminal Procedure 48(a). The remaining case—Case No. 5:22-po-00089-SAB—charges Mr. Gardner with a violation of 18 U.S.C. § 13 (incorporating California Vehicle Code 22349(a), speeding). The parties hereby request that the Court permit Mr. Gardner to pay the $180

forfeiture amount and $30 processing fee in lieu of any further appearance in Case No. 5:22-po-00089-SAB. Mr. Cole has agreed to this disposition.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 27, 2022         */s/ Jason Baskett*
                            JASON BASKETT
                            Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 27, 2022         */s/ Erin Snider*
                            ERIN SNIDER
                            Assistant Federal Defender
                            Attorney for Defendant
                            COLE J. GARDNER

**ORDER**

**IT IS SO ORDERED.** Case No. 5:22-po-00090-SAB is hereby dismissed, without prejudice, in the interest of justice. If defendant Cole J. Gardner pays the $180 forfeiture amount and $30 processing fee for Case No. 5:22-po-00089-SAB prior to the August 2, 2022 status conference, the matter will be closed.

IT IS SO ORDERED.

Dated: __**July 27, 2022**__                                   
                                              UNITED STATES MAGISTRATE JUDGE